FILED

06/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0135

IN THE MATTER OF

A.M.M.R. and M.L.R.M.R.,

    Youths in Need of Care.

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of Appellant Mother's Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 21-0135 and 21-0136 are hereby consolidated under Cause No. DA 21-0135 and henceforth captioned In the Matter of A.M.M.R. and M.L.R.M.R, Youths in Need of Care.

Electronically signed by:
ORDER Mike McGrath
Chief Justice, Montana Supreme Court
June 25 2021